UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: GRAND JURY SUBPOENA<br>N-19-1-288(4) #2331 | : <br> : <br> : <br> : <br> : | Case No. 3:21-mj-____ (RMS)<br><br><br><br>March 20, 2021 |

## MOTION TO UNSEAL DOCUMENTS

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the Government respectfully moves this Court to unseal any currently sealed docket entries in this case.

With regards to the currently sealed docket entries, there are no readily available facts that justify sealing or otherwise outweigh the public's interest in access to the material. The Government's original request for sealing was made in error.

.

    Respectfully submitted,

    LEONARD C BOYLE
    ACTING UNITED STATES ATTORNEY

    */s/ Margaret Donovan*
    MARGARET DONOVAN
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. phv09772
    United States Attorney's Office
    157 Church Street, 25th Floor
    New Haven, CT 06510
    Tel: (203) 821-3700
    margaret.donovan@usdoj.gov